# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0457
_____

WILLIAM WILLIAMS,

Petitioner,

v.

FLA. DEP'T OF CORRECTION,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


September 18, 2024


PER CURIAM.

The Court dismisses the petition for writ of certiorari, docketed February 20, 2024, as duplicative of the appeal in case number 1D24-0259. *See Tennessee Ice House, Inc. v. Ice House Am., LLC*, 34 So. 3d 766 (Fla. 1st DCA 2010) (dismissing duplicative proceeding); *Cheatham v. Decker*, 751 So. 2d 176 (Fla. 1st DCA 2000) (noting petition would be subject to dismissal as duplicative of separate appeal).

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


William Williams, pro se, Petitioner.

Dan Johnson, General Counsel, Department of Corrections, Tallahassee, for Respondent.